# EXHIBIT B

**From:** Horvath, Kathryn M. <kathryn.horvath@warrencountyohio.gov>
**Sent:** Tuesday, December 16, 2025 1:49 PM
**To:** michela huth
**Cc:** lindsey_sodano ███████
**Subject:** RE: Correspondence Received
**Attachments:** JFS-04059.PDF; Due+Process-Resolution+of+Complaint+2023.pdf

**Flag Status:** Flagged

Ms. Huth,

It has come to my attention that your clients are attempting to dictate to the Warren County Board of Developmental Disabilities (WCBDD) how they perform their statutory functions related to your clients' receipt of services. That cannot continue. Please inform your clients that WCBDD must complete the following steps prior to M.S.'s Ohio Individual Services Plan (OISP) to go into effect February 19, 2026. This annual renewal process will involve compliance with Ohio Department of Developmental Disabilities' (DODD) process for extraordinary care exception.

1. 60-day monitoring must occur. WCBDD will be sending two qualified employees to this appointment. Ms. Sodano may not dictate who attends on behalf of WCBDD. On my advice, they will be sending the SSA and one witness.
2. The annual ISP must be completed.
3. Provider search- Please provide any information or input your client would like WCBDD to include in the applications they send out.
4. Exceptional Care Instrument (ECI) – WCBDD anticipates that M.S. will meet the requirements under this instrument. However, pursuant to OAC 5160:44-32(E)(1) and (2)(c), and because M.S. is seeking to exceed the 40-hour maximum of paid care from a parent, DODD program operational processes require WCBDD to initiate an annual provider search prior to completion of the ECI.

WCBDD has no intention of reducing hours provided to M.S. Nor do they anticipate that any willing provider will result from the provider search process. However, the WCBDD is required to comply with DODD's operational processes, which require that the ECI is completed at least annually under federal law. Moreover, because the number of weekly hours of homemaker personal care exceeds the 40 hour per week maximum, WCBDD must follow DODD's exception process, which includes a search for a willing and able provider before WCBDD can submit a request to DODD to review an authorization over 40 hours.

Once the above items are completed, WCBDD can comply with DODD's required exception process, including:
1. Statement of support from WCBDD stating hours requested
2. ECI showing at least 3 areas
3. OISP and assessment with details
4. Provider search information showing conclusion
5. Cost projection tool with billing code marked as parent of minor child

Upon WCBDD's submission of the above documentation, DODD will review and notify WCBDD if the person has been added to the exception list. WCBDD will then finalize the payment authorization for waiver services (PAWS).

Although WCBDD has taken no adverse action, I have attached the JFS Form 04059, Explanation of State Hearing Procedures for Medicaid appeals. Further information about these hearings can be found in Chapter 5101:6 of the

1

Ohio Administrative Code.  I have also attached WCBDD's policy for resolution of complaints and appeals of adverse action under OAC 5123:4-04.

Please advise on or before end of day Friday when your client is available for the monitoring and OISP visits mentioned above.

Please feel free to call me if you would like to discuss.

Katie Horvath

Kathryn M. Horvath
Assistant Prosecuting Attorney
Warren County, Ohio
520 Justice Drive
Lebanon, Ohio 45036
ph:   (513) 695-1325
fax: (513) 695-2962
kathryn.horvath@warrencountyohio.gov



**Confidential Communication**
This e-mail message is intended for use only by the individual or entity to which it is addressed. This message may contain information that is confidential or privileged. It is not intended for transmission to, or receipt by anyone other than the named addressee(s). If you have received this message transmission and are not the addressee, there is a mistake or transmission error and you must delete it from your system without copying or forwarding it. Please notify the sender of the error by reply e-mail.

**From:** michela huth <michelahuth.esq@gmail.com>
**Sent:** Thursday, December 4, 2025 10:26 AM
**To:** Horvath, Kathryn M. <kathryn.horvath@warrencountyohio.gov>
**Cc:** richard@thedoglawyer.com; rbrosenthalesq@optonline.net; lindsey_sodano
**Subject:** Re: Correspondence Received

Please see attached correspondence from Richard Rosenthal.

On Tue, Dec 2, 2025 at 3:39 PM Horvath, Kathryn M. <kathryn.horvath@warrencountyohio.gov> wrote:

Richard,

Please see the attached correspondence on behalf of the Warren County Board of Developmental Disabilities.

Katie Horvath

Kathryn M. Horvath