# EXHIBIT J

**Brandon Abshier**



**From:** Allan.Showalter@dodd.ohio.gov <Allan.Showalter@dodd.ohio.gov>
**Sent:** Tuesday, December 2, 2025 11:15 AM
**To:** Megan Manuel <megan.manuel@warrencountydd.org>; Lyndsay.Nash@dodd.ohio.gov
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** RE: Parent Replacement Search Objection

Hi Megan,

The board should not authorize the parent as the provider unless a new provider search is completed, assuming we have the parent's refusal to participate in the annual provider search or accept the results

in writing. We should also ensure there is documentation showing that the individual or parents were aware of the requirement in OAC 5160-44-32(E)(1)(a) and that they know the county board is available to assist with finding providers if assistance is wanted.

If you have any further questions, please let me know.

Thanks,

Allan

---

**From:** Megan Manuel <megan.manuel@warrencountydd.org>
**Sent:** Monday, December 1, 2025 12:14 PM
**To:** Showalter, Allan <Allan.Showalter@dodd.ohio.gov>; Nash, Lyndsay <Lyndsay.Nash@dodd.ohio.gov>
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** RE: Parent Replacement Search Objection

Hello Allan and Lyndsay,

Sorry to reach out again, but I was wondering if you had any guidance on how we answer the question of what happens if the parent of a minor child who is currently providing paid services to their child refuses to go through the annual provider search process.

I don't feel we as the county board have the answer to that question, since we are following the rule/DODD guidance.

I know you have so much on your plate, so I'm sorry to add to that. Any and all input you have for us is greatly appreciated!

Thank you,

Megan



**Megan K. Manuel**
Warren County Board of DD
Superintendent

(513) 228-6508 Work
(513) 932-1927 Fax
42 Kings Way
Lebanon, Ohio 45036
Megan.Manuel@warrencountydd.org
www.warrencountydd.org

Connect with us on Social Media

   

CONFIDENTIALITY NOTE: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any

attachments is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

---

**From:** Megan Manuel
**Sent:** Friday, November 21, 2025 9:32 AM
**To:** Allan.Showalter@dodd.ohio.gov; Lyndsay.Nash@dodd.ohio.gov
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** RE: Parent Replacement Search Objection

Hi Allan and Lyndsay,

What are the ramifications if someone refuses to go through the provider search process annually?  We have communicated that we will follow DODD's guidance, but we have been asked what will happen if they refuse.  Can you tell me what would happen?  Will they no longer be able to be authorized to provide the service?  Do we proceed without them?

As always, I appreciate your help.

Thank you,

Megan



Megan K. Manuel
Warren County Board of DD
Superintendent

(513) 228-6508 Work
(513) 932-1927 Fax
42 Kings Way
Lebanon, Ohio  45036
Megan.Manuel@warrencountydd.org
www.warrencountydd.org

Connect with us on Social Media

   

CONFIDENTIALITY NOTE: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any attachments is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.