**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| M.S., et al. | CASE NO. 1:25-cv-00910 |
| Plaintiffs, | |
| vs. | JUDGE JEFFREY P. HOPKINS |
| | MAGISTRATE JUDGE STEPHANIE BOWMAN |
| WARREN COUNTY BOARD OF DEVELOPMENTAL DISABILITIES, et al. | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISQUALIFY ATTORNEY KATHRYN HORVATH (ECF NO. 18)**

Now come Plaintiffs M.S., Lindsey Sodano, and Justin Sodano, by and through counsel, and respectfully move this Court for leave to file a supplemental memorandum in support of Plaintiffs' Motion to Disqualify Attorney Kathryn Horvath (ECF No. 18).

As set forth in the accompanying memorandum, the basis for this motion is a written communication received by Plaintiffs Lindsey Sodano and Justin Sodano on May 13, 2026. That communication bears directly on a central factual assertion in Defendants' Response in Opposition to Plaintiffs' Motion to Disqualify, is not cumulative of any evidence previously before the Court, and bears directly on the pending motion's core disputed issues.

Respectfully Submitted,

/s/ Michela Huth
MICHELA HUTH (Reg. No. 0091353)
257 Canal Street, SE/Bolivar, OH 44612
Ph:  330-440-4027/michelahuth.esq@gmail.com

/s/ Richard Rosenthal
RICHARD ROSENTHAL *(Pro Hac Vice)*
545 E. Jericho Trnpk/Huntington Stat. NY 11746
Ph: (631) 629-8111/richard@thedoglawyer.com

**MEMORANDUM IN SUPPORT**
**OF MOTION FOR LEAVE TO SUPPLEMENT**

## I.     Introduction

"Courts may grant parties leave to file supplemental authority in the interests of justice when the proposed submission contains new authority or evidence that was not available [to the movant] in the exercise of reasonable diligence when the original briefs were filed."  *Daimler Vans USA, LLC v. Fyda Freightliner Cincinnati, Inc., 2023 U.S. Dist. LEXIS 95231, *10* (S.D. Ohio Mar. 28, 2023) (internal citations and quotation marks omitted).

Plaintiffs seek leave to place before the Court a single newly-received communication that directly contradicts a material factual representation in Defendants' Response in Opposition, ECF No. 23, and that bears on the core disputed issue in the pending Motion to Disqualify. The supplement is narrow: one document, directly material to the pending motion. Leave is warranted because the evidence is newly received, non-cumulative, and directly material to a motion already fully briefed and pending before this Court. Granting leave serves the interest of justice and ensures the Court has a complete record before ruling.

## II.     Brief Procedural Background

Plaintiffs filed their Motion to Disqualify Attorney Kathryn Horvath on April 1, 2026. (ECF No. 18). Defendants filed their Response in Opposition on April 22, 2026. (ECF No. 23). Plaintiffs filed their Reply on May 5, 2026. (ECF No. 26). The motion is fully briefed and pending before this Court. On May 13, 2026, eight days after briefing closed, Plaintiffs received a written email from WCBDD Service Support Administrator ("SSA") Patrick Poteet regarding scheduling of a required 60-day in-person contact visit for M.S. A true and accurate copy of that email is attached hereto as Mt. Disq. Supp. Ex. L.

2

**III.     The Court Should Grant Leave to Supplement**

The proposed supplemental memorandum concerns a single written communication received by Plaintiffs on May 13, 2026, eight days after briefing on the Motion to Disqualify closed. The communication did not exist at the time Plaintiffs filed their Reply (ECF No. 26) and therefore could not have been included in the original briefing despite the exercise of reasonable diligence.

The proposed supplement is narrow and non-cumulative. It addresses a newly received email from WCBDD Service Support Administrator Patrick Poteet concerning the ongoing litigation witness requirement that is a central issue in the pending Motion to Disqualify. The communication bears directly on factual issues already before the Court, including Defendants' characterization of Attorney Horvath's role in the litigation witness requirement and the ongoing and operative nature of that requirement.

The proposed supplement also addresses issues raised in Defendants' Response in Opposition concerning the scope of attorney-client privilege surrounding communications related to the litigation witness requirement. Because the May 13, 2026 communication was not previously available and bears directly on issues already raised in the parties' briefing, supplementation will assist the Court in resolving the pending motion on a complete and current record.

Under these circumstances, leave to supplement is appropriate and consistent with the interests of justice.

**IV.     CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court grant leave to file a supplemental memorandum, with SSA Poteet's May 13, 2026 email attached as an exhibit, addressing the new evidence in connection with the pending Motion to Disqualify Attorney Kathryn Horvath, ECF 18.

Respectfully submitted,

/s/ Michela Huth
MICHELA HUTH
(Reg. No. 0091353)
257 Canal Street, SE
Bolivar, OH 44612
Ph: 330-440-4027
michelahuth.esq@gmail.com

/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL
*Pro Hac Vice*
545 E. Jericho Turnpike
Huntington Station, NY 11746
Ph: (631) 629-8111
richard@thedoglawyer.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 18, 2026, a true and correct copy of the foregoing Motion for Leave to File Supplemental Memorandum and Memorandum in Support was served on all counsel of record through the Court's CM/ECF system.

/s/ Michela Huth
MICHELA HUTH
(Reg. No. 0091353)

4