**lindsey_sodano@yahoo.com**

| | |
|---|---|
| **From:** | Patrick Poteet <patrick.poteet@warrencountydd.org> |
| **Sent:** | Wednesday, May 13, 2026 10:30 AM |
| **To:** | lindsey_sodano@yahoo.com; justin_sodano@yahoo.com |
| **Cc:** | Brittany Roberts |
| **Subject:** | May Home visit |
| **Attachments:** | 2026-2027 SSF-122 Monitoring of Minor Children Receiving HPC Services Form.docx |

I hope you are doing well. I'm reaching out to coordinate a meeting for the month of May.

To assist with scheduling, my colleague and I have shared the dates and times we are unavailable

• The remainder of this week
• May 20: unavailable after 12:00 PM
• May 21: unavailable after 2:45 PM

I understand that you are open to meeting; however, I also understand that you do not consent to a county witness being present. I want to be transparent that, due to ongoing litigation, county legal counsel has advised that I am not permitted to attend without a county witness. I recognize this creates a challenge, and my goal is to work collaboratively with you to find a path forward that meets both your comfort level and the county's legal requirements.

Sincerely,
Patrick Poteet

# EXHIBIT L

Patrick Poteet (He/Him)
SSA Learning and Development Coordinator
Warren County Board of Developmental Disabilities
801 Drake Road
Lebanon, OH  45036
Book time with Patrick Poteet
Phone: (513) 519-5485
Fax: (513) 932-2046
SSA Division Main Line: (513) 228-6402
Emergency #: 1-800-800-6847

**Sign up to receive our news and updates at**
**www.warrencountydd.org**

**Connect With Us on Social Media**

   

1



*Supporting people with disabilities and their families to achieve what is important to them.*



**CONFIDENTIALITY NOTE: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any attachments is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.**

Book time to meet with me