**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| M.S. et al. | : | |
| | : | Case No.: 1:25-cv-00910 |
| Plaintiffs, | : | |
| | : | Judge: Jeffery P. Hopkins |
| v. | : | |
| | : | |
| | : | |
| WARREN COUNTY BOARD | : | |
| OF DEVELOPMENTAL DISABILITIES, | : | |
| et al. | : | |
| | : | |
| Defendants. | : | |

**<u>DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM REGARDING MOTION TO DISQUALIFY [DOC. 27]</u>**

Plaintiffs' request to file a supplemental brief in support of their motion to disqualify Defendants' statutory counsel should be denied.

Plaintiffs' motion to disqualify was 42 pages in length. Plaintiffs' reply in support was another 16 pages. This is all over Plaintiffs' argument that the Warren County Prosecutor's Office cannot represent the very client it is statutorily required to advise and represent.

Further, the purported 'smoking gun' e-mail that Plaintiffs believe justifies another nine-page brief (for a total of 65 pages of briefs on this issue, not to mention a 710 paragraph Amended Complaint), proves that the advice of statutory counsel is the correct one. So far, Plaintiffs have taken comments, conversations, e-mail (including e-mails from the undersigned) and correspondence, and twisted them into some alternative meaning that fits Plaintiffs' beliefs. Their argument on this "new e-mail" is another prime example.

Brevity is a virtue. Plaintiffs' motion to supplement should be denied.

/s/ Brandon Abshier_____
Michael J Valentine, Esq. (0038806)
Brandon L. Abshier, Esq. (0083505) (trial counsel)
Reminger Co., L.P.A.
955 Yard Street, Suite 330
Columbus, Ohio 43212
(614) 228-1311; FAX (614) 232-2410
mvalentine@reminger.com
babshier@reminger.com
*Attorneys for Defendants Warren County Board of
Developmental Disabilities, Megan Manuel, Tony
Hidy, Sarah Lindeen, and Laura Hathaway*

DAVID  P.  FORNSHELL
PROSECUTING  ATTORNEY
WARREN COUNTY, OHIO

/s/  Kathryn  M.  Horvath
KATHRYN  M.  HORVATH  (0088105)
Assistant Prosecuting Attorney
Warren County Prosecutor's Office
520 Justice Drive
Lebanon,  Ohio
Ph: (513) 695-1325
Kathryn.Horvath@warrencountyohio.gov
*Statutory counsel for Defendants Warren County
Board of Developmental Disabilities, Megan
Manuel, Tony Hidy, Sarah Lindeen, and Laura
Hathaway*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of May 2026, the foregoing was served via e-mail upon

the following:

Michela Huth, Esq.
257 Canal Street, SE
Bolivar, Ohio 44612
(330) 440-4027
michelahuth.esq@gmail.com

Richard Bruce Rosenthal, Esq.
545 E. Jericho Turnpike
Huntington Station, NY 11746
(631) 629-8111; FAX: (631) 961-8789
richard@thedoglawyer.com

*Attorneys for Plaintiffs*


/s/ Brandon L. Abshier
Michael J. Valentine, Esq. (0038806)
Brandon L. Abshier, Esq. (0083505)