**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| M.S. et al. | : | |
| | : | Case No.: 1:25-cv-00910 |
| Plaintiffs, | : | |
| | : | Judge: Jeffery P. Hopkins |
| v. | : | |
| | : | |
| | : | Magistrate Judge Stephanie K. Bowman |
| WARREN COUNTY BOARD | : | |
| OF DEVELOPMENTAL DISABILITIES, | : | |
| et al. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR MOTIONS DIRECTED TO PLEADINGS**

Defendants respectfully request a short ten (10)-day extension of the current June 1, 2026 deadline for filing motions directed to the pleadings as set forth in the scheduling order. [Doc. 24]. Defendants request that the deadline for motions directed to the pleadings be extended to **June 11, 2026.** Plaintiffs have indicated they do not object.

Trial counsel Brandon Abshier will be out of the country on vacation from May 29, 2026 to June 4, 2026. Accordingly, a short extension of the deadline is requested.

The requested extension will not delay the case or require modification of any other deadlines in the scheduling order. The parties are currently engaged in written discovery.

/s/ Brandon Abshier
Michael J. Valentine, Esq. (0038806)
Brandon L. Abshier, Esq. (0083505) (trial counsel)
Reminger Co., L.P.A.
955 Yard Street, Suite 330
Columbus, Ohio 43212
(614) 228-1311; FAX (614) 232-2410
mvalentine@reminger.com
babshier@reminger.com
*Attorneys for Defendants Warren County Board of Developmental Disabilities, Megan Manuel, Tony Hidy, Sarah Lindeen, and Laura Hathaway*


DAVID  P.  FORNSHELL
PROSECUTING  ATTORNEY
WARREN COUNTY, OHIO

/s/  Kathryn  M.  Horvath
KATHRYN  M.  HORVATH  (0088105)
Assistant Prosecuting Attorney
Warren County Prosecutor's Office
520 Justice Drive
Lebanon,  Ohio
Ph: (513) 695-1325
Kathryn.Horvath@warrencountyohio.gov
*Statutory counsel for Defendants Warren County Board of Developmental Disabilities, Megan Manuel, Tony Hidy, Sarah Lindeen, and Laura Hathaway*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May 2026, the foregoing was served via e-mail upon

the following:

Michela Huth, Esq.
257 Canal Street, SE
Bolivar, Ohio 44612
(330) 440-4027
michelahuth.esq@gmail.com

Richard Bruce Rosenthal, Esq.
545 E. Jericho Turnpike
Huntington Station, NY 11746
(631) 629-8111; FAX: (631) 961-8789
richard@thedoglawyer.com

*Attorneys for Plaintiffs*

/s/ Brandon L. Abshier
Michael J. Valentine, Esq. (0038806)
Brandon L. Abshier, Esq. (0083505)