# EXHIBIT D

| Date(s) | Type of Document | Sender | Recipient | CC/BCC | Subject Line | General Subject Matter | Privilege/Protection Asserted | Basis for Withholding | Bates No. |
|---|---|---|---|---|---|---|---|---|---|
| October 9, 2025 | Email Exchange (4 emails) | Megan Manuel | APA Horvath | | Phone Call | Request for legal advice regarding response to Plaintiffs' Medicaid waiver provider-related allegations | Attorney-Client Privilege; Work Product | Confidential communication between client representative and counsel for purpose of seeking legal advice | |
| October 9, 2025 - December 2, 2025 | Email Exchange (8 emails) | Megan Manuel | APA Horvath | | FW: Parent Replacement Search Objection | Discussion regarding emails forwarded from plaintiffs and DODD regarding Plaintiffs' Medicaid waiver provider-related allegations/ Legal impressions of same | Attorney-Client Privilege; Work Product | Confidential client/counsel communications gathering facts at counsel's request in anticipation of litigation; Counsel's confidential legal advice and mental impressions prepared in anticipation of litigation; Confidential communication between client representative and counsel for purpose of seeking legal advice and representation | |
| October 24, 2025 | Forwarded email (1 email) | Megan Manuel | APA Horvath | | FW: Update from Laura | Forwarded email update | Attorney-Client Privilege; Work Product | Confidential client/counsel communications gathering facts at counsel's request in anticipation of litigation | |
| November 24, 2025 - November 25, 2025 | Email Exchange (11 emails) | Megan Manuel | APA Horvath | Tony Hidy | FW: Please see attached regarding litigation correspondence | Forwarded communication from Plaintiff's attorney to County Board and request for legal advice and representation | Attorney-Client Privilege; Work Product | Confidential communication between client representative and counsel for purpose of seeking legal advice and representation | |
| November 24, 2025 - December 4, 2025 | Email Exchange (3 emails) | Megan Manuel | APA Horvath | | FW: Mimi - Annual ISP Meeting | Discussion regarding forwarded communication from Plaintiffs to County Board/ Legal impressions on same/ Follow up information requested by legal counsel in anticipation of litigation | Attorney-Client Privilege; Work Product | Confidential client/counsel communications gathering facts at counsel's request in anticipation of litigation; Counsel's confidential legal advice and mental impressions prepared in anticipation of litigation | |
| December 2, 2025 - December 19, 2025 | Email Exchange (25 emails) | APA Horvath | Megan Manuel | Tony Hidy | FW: Correspondence Received | Correspondence/ Response to plaintiffs' attorney's communications/ Legal impressions on same and requests for additional documents and information/ Draft response | Attorney-Client Privilege; Work Product | Counsel's confidential legal advice and mental impressions prepared in anticipation of litigation; Confidential client/counsel communications gathering facts at counsel's request in anticipation of litigation; Draft prepared by counsel reflecting legal judgment and mental impressions; | |
| December 10, 2025 - December 16, 2025 | Email exchange (5 emails) | APA Horvath | Megan Manuel; Tony Hidy | | FW: Federal lawsuit attached - Sodano | Service of plaintiff's Complaint/ Legal advice regarding the same | Attorney-Client Privilege; Work Product | Confidential client/counsel communications gathering facts at counsel's request in response to newly-filed litigation | |
| December 15, 2025 | Email Exchange (3 emails) | Megan Manuel | APA Horvath | | Insurance carrier | Correspondence regarding insurance | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in response to litigation filed | |
| December 15, 2025 | Email Exchange (4 emails) | Megan Manuel | APA Horvath | Tony Hidy | Call | Additional information to legal counsel in anticipation of litigation | Attorney-Client Privilege | Confidential communication between client representative and counsel for purpose of seeking legal advice | |
| December 15, 2025 | Email with attachments (1 email) | Megan Manuel | William Caplinger | APA Horvath | Lawsuit | Insurance defense | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in response to new litigation (relayed to appropriate internal personnel) | |
| December 15, 2025 - December 19, 2025 | Email Exchange (4 emails) | Megan Manuel | APA Horvath | Tony Hidy | FW: Request for New SSA | Discussion regarding additional communications with plaintiffs and documents provided for counsel's review | Attorney-Client Privilege | Confidential communication between client representative and counsel for purpose of seeking legal advice and representation | |
| December 15, 2025 - December 16, 2025 | Email with attachments (1 email) | Tony Hidy | APA Horvath | Megan Manuel | Draft Email Response | Requesting legal review of draft communications with Plaintiffs | Attorney-Client Privilege; Work Product | Confidential communication between client representative and counsel for purpose of seeking legal advice and representation; Confidential client/counsel communications gathering facts at counsel's request in preparation of defense of litigation | |
| December 16, 2025 | Email (1 email) | APA Horvath | Amy Finnegan | Megan Manuel | RE: Sodano v. Warren County Bd of DD | isnurance coverage discussion | Attorney-Client Privilege; attorney-workd product | Confidential communication with aligned representative concerning defense of litigation | |
| December 19, 2025 | Email with attachments (1 email) | APA Horvath | Michael Valentine | Megan Manuel; Tony Hidy | RE: Sodano v. WCBDD, et al | Insurance defense representation | Attorney-Client Privilege; Work Product | Confidential communication with aligned representative concerning defense of litigation | |
| December 19, 2025 | Email | APA Horvath | Megan Manuel | | FW: M.S. v. Warren County Board of DD | Insurance defense representation | Attorney-Client Privilege | Forward of confidential communication with aligned representative concerning defense of litigation | |
| December 19, 2025 | Email Exchange | APA Horvath | Megan Manuel; Tony Hidy | Michael Valentine | Sodano | ISP scheduling | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions concerning defense of litigation | |

| Date | Type | From | To | CC | Subject | Description | Privilege | Basis |
|---|---|---|---|---|---|---|---|---|
| December 23, 2025 - December 29, 2026 | Email Exchange (10 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | Michael Valentine | RE: Sodano v. WCBDD, et al | Communication re. discussion with Plaintiff's counsel as to resolution. | Attorney-Client Privilege | Confidential communication with aligned representative concerning defense of litigation; Counsel's confidential legal advice and mental impressions prepared in the course of defending ongoing litigation; Confidential client/counsel communications gathering facts at counsel's request in anticipation of litigation |
| December 23, 2025 | Email with attachments (1 email) | APA Horvath | Megan Manuel | | FW: M.S., etc., et al. v. Warren County Board of Developmental Disbailities, et al.; Claim No. 40000854-C11 | Insurance defense representation | Attorney-Client Privilege | Forward of confidential communication with aligned representative concerning defense of litigation |
| December 23, 2025 | Email (1 email) | Megan Manuel | Brandon Abshier | APA Horvath; Michael Valentine; Tony Hidy | FW: Parent Replacement Search Objection | Discussion regarding correspondence with DODD | Attorney-Client Privilege | Confidential communication between client representative and counsel for purpose of seeking legal advice; Confidential client/counsel communications gathering facts at counsel's request in defense of litigation |
| January 2, 2026 | Email with attachments (1 email) | Tony Hidy | APA Horvath | Megan Manuel | Letter from Reminger Co., L.P.A. | Insurance defense representation | Attorney-Client Privilege | Forward of confidential communication with aligned representative concerning defense of litigation |
| January 5, 2026 - January 6, 2026 | Email exchange with attachment (7 emails) | Megan Manuel | Brandon Abshier; APA Horvath; Tony Hidy | Michael Valentine | RE: Sodano v WCBDD, et al | Service of plaintiff's Complaint/ Legal advice regarding the same | Attorney-Client Privilege | Confidential communication with aligned representative concerning defense of litigation; Confidential communication between client representative and counsel for purpose of seeking legal advice and representation; Counsel's confidential legal advice and mental impressions prepared in defense of litigation |
| January 5, 2026 - January 12, 2026 | Email exchange with attachment (2 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | Michael Valentine | Sodano v WCBDD, et al | Regarding Answer to Complaint | Attorney-Client Privilege; Work Product | Draft prepared by counsel reflecting legal judgment and mental impressions; Counsel's confidential legal advice and mental impressions prepared concerning defense of litigation; Confidential client/counsel communications gathering facts at counsel's request in defense of ongoing litigation |
| January 7, 2026 - January 14, 2026 | Email exchange (6 emails) | Tony Hidy | Megan Manuel; APA Horvath | Brandon Abshier; Michael Valentine | Scheduling of OISP Meeting - M.S. | Seeking legal advice | Attorney-Client Privilege | Confidential communication between client representative and counsel for purpose of seeking legal advice; Counsel's confidential legal advice and mental impressions prepared in ongoing defense of litigation |
| January 21, 2026 | Email Exchange (3 emails) | Megan Manuel | APA Horvath | | Board Meeting | Seeking legal advice | Attorney-Client Privilege | Confidential communication between client representative and counsel for purpose of providing legal advice to board client |
| January 26, 2026 - February 4, 2026 | Email Exchange (21 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | Michael Valentine | FW: M.s. v wcbdd. Sodano | Information request/ Review of correspondence from plaintiffs' attorneys | Attorney-Client Privilege; Work Product | Confidential client/counsel communications gathering facts at counsel's request to assist with ongoing defense of litigation; Confidential communication between client representative and counsel for purpose of providing legal advice |
| January 30, 2026 | Email exchange with attachment (2 emails) | Megan Manuel | APA Horvath | | FW: The Ohio school plan document | Insurance coverage discussion | Attorney-Client Privilege | Confidential client/counsel communications for purpose of seeking legal interpretation and advice regarding insurance documents |
| February 11, 2026 | Email Exchange (4 emails) | Tony Hidy | Brandon Abshier; APA Horvath; Megan Manuel | Michael Valentine | Re: M.s. v wcbdd. Sodano | Update and seeking legal advice | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation; Confidential client/counsel communications gathering facts at counsel's request for the purpose of defending ongoing litigation |
| February 12, 2026 | Email Exchange (8 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | Michael Valentine; Amy Finnegan | M.S., etc., et al. v. Warren County Board of Developmental Disabilities, et al.; Claim No. 40000854-C11 | Update regarding communications with Plaintiffs' attorneys | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| February 18, 2026 | Email Exchange (3 emails) | Megan Manuel | APA Horvath | | Board Meeting | Seeking legal advice | Attorney-Client Privilege | Confidential communication between client representative and counsel for purpose of providing legal advice to board client |
| March 3, 2026 - March 4, 2026 | Email exchange (2 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | Michael Valentine; Amy Finnegan | RE: M.S., etc., et al. v. Warren County Board of Developmental Disabilities, et al.; Claim No. 40000854-C11 | Update regarding communications with Plaintiffs' attorneys | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| March 4, 2026 | Email (1 email) | Tony Hidy | Brandon Abshier; APA Horvath; Megan Manuel | | Fw: Home visits Ma So | Update and seeking legal advice | Attorney-Client Privilege | Confidential client/counsel communications gathering facts at counsel's request for the purpose of defending ongoing litigation |

| Date | Type | From | To | CC | Subject | Description | Privilege | Basis |
|---|---|---|---|---|---|---|---|---|
| March 5, 2026 - March 9, 2026 | Email exchange (18 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | Michael Valentine; Amy Finnegan | RE: M.S., etc., et al. v. Warren County Board of Developmental Disabilities, et al.; Claim No. 40000854-C11 | Discussion regarding the amended complaint and allegations | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| March 9, 2026 | Email Exchange (3 emails) | Tony Hidy | Brandon Abshier; APA Horvath; Megan Manuel | | Fw: Home visits Ma So | Update and seeking legal advice | Attorney-Client Privilege | Confidential client/counsel communications gathering facts at counsel's request for the purpose of defending ongoing litigation |
| March 11, 2026 - March 13, 2026 | Email exchange (5 emails) | Brandon Abshier | APA Horvath | Tony Hidy; Megan Manuel | RE: Sodano v. WCBDD | Draft correspondence | Attorney-Client Privilege; Work Product | Draft prepared by counsel reflecting legal judgment and mental impressions; Counsel's confidential legal advice and mental impressions prepared concerning defense of litigation; Confidential client/counsel communications gathering facts at counsel's request in defense of ongoing litigation |
| March 13, 2026 - March 17, 2026 | Email exchange (13 emails) | Megan Manuel | Brandon Abshier; APA Horvath; Tony Hidy | | RE: Sodano v. WCBDD | Meeting with potential witness | Attorney-Client Privilege | Confidential client/counsel communications gathering facts at counsel's request in defense of ongoing litigation |
| March 16, 2026 | Email exchange (2 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | Michael Valentine; Amy Finnegan | RE: M.S., etc., et al. v. Warren County Board of Developmental Disabilities, et al.; Claim No. 40000854-C11 | 26(f) Conference | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| March 16, 2026 | Email Exchange (3 emails) | Megan Manuel | APA Horvath | | Board Meeting | Seeking legal advice | Attorney-Client Privilege | Confidential communication between client representative and counsel for purpose of providing legal advice to board client |
| March 23, 2026 | Email with attachment (1 email) | APA Horvath | Megan Manuel | | FW: Case 1:25-cv-00910-JPH | Settlement demand | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| March 23, 2026 | Email with attachment (1 email) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | Michael Valentine; Amy Finnegan | RE: M.S., etc., et al. v. Warren County Board of Developmental Disabilities, et al.; Claim No. 40000854-C11 | Settlement demand | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| March 25, 2026 | Emails (2 emails) | APA Horvath | Brandon Abshier; Megan Manuel | | Sodano | Research | Attorney-Client Privilege; Work Product | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| March 25, 2026 | Email (1 email) | APA Horvath | Megan Manuel | | (No subject) | Research | Attorney-Client Privilege; Work Product | Legal research compiled in response to request from client |
| April 2, 2026 | Email Exchange (4 emails) | Brandon Abshier | APA Horvath | Megan Manuel; Tony Hidy; Michael Valentine | Sodano v. WCBDD | Motion practice strategy discussion | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| April 7, 2026 - April 9, 2026 | Email Exchange with attachments (8 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy; Michael Valentine | | Sodano: Answer to Amended Complaint | Answer to Amended Complaint | Attorney-Client Privilege; Work Product | Draft prepared by counsel reflecting legal judgment and mental impressions; Counsel's confidential legal advice and mental impressions prepared concerning defense of litigation; Confidential client/counsel communications gathering facts at counsel's request in defense of ongoing litigation |
| April 9, 2026 | Email Exchange (8 emails) | Brandon Abshier | Megan Manuel; Tony Hidy | APA Horvath; Michael Valentine | Sodano - Initial Disclosures | Initial disclosures | Attorney-Client Privilege; Work Product | Draft prepared by counsel reflecting legal judgment and mental impressions; Counsel's confidential legal advice and mental impressions prepared concerning defense of litigation; Confidential client/counsel communications gathering facts at counsel's request in defense of ongoing litigation |
| April 9, 2026 | Email exchange with attachment (2 emails) | Brandon Abshier | Megan Manuel; Tony Hidy | APA Horvath | FW: Activity in Case 1:25-cv-00910-JPH M.S. et al v. Warren County Board of Developmental Disabilities et al Answer to Amended Complaint | Answer to Amended Complaint | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| April 20, 2026 - April 27, 2026 | Email exchange (8 emails) | Megan Manuel | APA Horvath | | Meetings | Seeking legal advice | Attorney-Client Privilege | Confidential communication between client representative and counsel for purpose of providing legal advice to board client; Contains confidential communication between client representative and counsel for purpose of providing legal advice to client in unrelated matter |
| April 21, 2026 - April 24, 2026 | Email exchange (5 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | Michael Valentine; Amy Finnegan | RE: M.S., etc., et al. v. Warren County Board of Developmental Disabilities, et al.; Claim No. 40000854-C11 | Initial conference with Judge; preparation of dispositive motions | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| April 27, 2026 | Email exchange (2 emails) | APA Horvath | Megan Manuel | Brandon Abshier | M.S., et al. v. Warren County Board of Developmental Disabilities, et al. | Board update | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |

| Date | Document | From | To | CC | Subject | Purpose | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| May 5, 2026 | Email exchange with attachments (5 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | Michael Valentine | RE: M.S., etc., et al. v. Warren County Board of Developmental Disabilities, et al.; Claim No. 40000854-C11 | Discovery requests | Attorney-Client Privilege; attorney-work product | Draft prepared by counsel reflecting legal judgment and mental impressions; Counsel's confidential legal advice and mental impressions prepared concerning defense of litigation; Confidential client/counsel communications gathering facts at counsel's request in defense of ongoing litigation |
| May 12, 2026 | Email exchange with attachments (7 emails) | Brandon Abshier | Megan Manuel; Tony Hidy | APA Horvath | FW: Sodano v. WCBDD | Discovery responses | Attorney-Client Privilege; attorney-work product | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| May 14, 2026 | Email Exchange (3 emails) | Megan Manuel | APA Horvath | | Board Meeting | Seeking legal advice | Attorney-Client Privilege | Confidential communication between client representative and counsel for purpose of providing legal advice to board client |
| May 15, 2026 - June 5, 2026 | Email exchange (21 emails) | Brandon Abshier | Megan Manuel; Tony Hidy | APA Horvath | RE: Sodano v. WCBDD- Written Discovery | Discovery responses | Attorney-Client Privilege; attorney-work product | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| May 18, 2026 | Email exchange (6 emails) | Brandon Abshier | APA Horvath | Megan Manuel; Tony Hidy | FW: Activity in Case 1:25-cv-00910-JPH M.S. et al v. Warren County Board of Developmental Disabilities et al Motion for Leave to File | Response to motion for leave | Attorney-Client Privilege; Work Product | Draft prepared by counsel reflecting legal judgment and mental impressions; Counsel's confidential legal advice and mental impressions prepared concerning defense of litigation; Confidential client/counsel communications gathering facts at counsel's request in defense of ongoing litigation |
| May 19, 2026 | Email (1 email) | APA Horvath | Megan Manuel | Brandon Abshier | RE: M.S., et al. v. Warren County Board of Developmental Disabilities, et al. | Board update | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| June 8, 2026 | Email (1 email) | APA Horvath | Brandon Abshier | Megan Manuel; Tony Hidy | Discovery Materials - Sodano | Discovery responses | Attorney-Client Privilege; attorney-work product | Confidential client/counsel communications for purpose of seeking legal interpretation and providing legal advice regarding discovery responses |
| June 9, 2026 - June 10, 2026 | Email exchange with attachments (6 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | | Sodano discovery responses | Discovery responses | Attorney-Client Privilege; attorney-workd product | Draft prepared by counsel reflecting legal judgment and mental impressions; Counsel's confidential legal advice and mental impressions prepared concerning defense of litigation; Confidential client/counsel communications gathering facts at counsel's request in defense of ongoing litigation |
| June 9, 2026 | Email exchange (7 emails) | Megan Manuel | Brandon Abshier; APA Horvath | Tony Hidy | Documents for Response | Discovery responses | Attorney-Client Privilege; Work Product | Confidential client/counsel communications gathering information and documents at counsel's request for the purpose of defending ongoing litigation; Counsel's confidential legal advice and mental impressions prepared concerning defense of litigation |
| June 10, 2026 | Email exchange (7 emails) | Brandon Abshier | Megan Manuel; Tony Hidy | APA Horvath | Sodano discovery responses | Discovery responses | Attorney-Client Privilege; Work Product | Draft prepared by counsel reflecting legal judgment and mental impressions; Counsel's confidential legal advice and mental impressions prepared concerning defense of litigation; Confidential client/counsel communications gathering facts at counsel's request in defense of ongoing litigation |
| June 11, 2026 | Email (1 email) | Brandon Abshier | Megan Manuel; Tony Hidy | APA Horvath | FW: M.S. v. WCBDD | Second set of discovery | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| June 16, 2026 | Email exchange (5 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | | FW: Sodano v. WCBDD - Correspondence attached | Discovery responses | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| June 16, 2026 | Email (1 email) | Brandon Abshier | Megan Manuel; Tony Hidy | APA Horvath | FW: Sodano v. WCBDD | Plaintiffs' discovery responses | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation |
| 46189 | Email exchange (2 emails) | Megan Manuel | APA Horvath | | Monday | Seeking legal advice | Attorney-Client Privilege | Confidential communication between client representative and counsel for purpose of providing legal advice to board client |
| June 20, 2026 - June 26, 2026 | Email exchange (13 emails) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | | FW: Sodano v. WCBDD - Second Meet and Confer Letter | Discovery responses | Attorney-Client Privilege | Confidential client/counsel communications gathering information and documents at counsel's request for the purpose of defending ongoing litigation; Counsel's confidential legal advice and mental impressions prepared concerning defense of litigation |
| June 22, 2026 | Email exchange (2 emails) | Tony Hidy | Megan Manuel; APA Horvath; Brandon Abshier | | Fw: Reporting Rights Code Violation | Additional complaints received by plaintiff regarding Medicaid waiver services | Attorney-Client Privilege | Confidential communication between client representative and counsel for purpose of seeking legal advice |
| June 23, 2026 | Email Exchange (3 emails) | APA Horvath | Brandon Abshier | Megan Manuel; Tony Hidy | M.S. vs. Warren Cty BODD | Discussion regarding discovery responses | Attorney-Client Privilege | Confidential legal advice shared with aligned representative concerning defense of litigation |

| Date | Type | From | To | CC | Subject | Re | Privilege | Description | |
|---|---|---|---|---|---|---|---|---|---|
| June 23, 2026 | Email (1 email) | Brandon Abshier | APA Horvath; Megan Manuel; Tony Hidy | | Sodano's Document Production | Plaintiffs' discovery responses | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation | |
| June 23, 2026 | Email (1 email) | Brandon Abshier | APA Horvath | Megan Manuel; Tony Hidy | privilege log | Discovery responses | Attorney-Client Privilege; Work Product | Draft prepared by counsel reflecting legal judgment and mental impressions; Counsel's confidential legal advice and mental impressions prepared concerning defense of litigation; Confidential client/counsel communications gathering facts at counsel's request in defense of ongoing litigation | |
| 26-Jun-26 | Email (1 email) | Megan Manuel | Brandon Abshier; APA Horvath; Tony Hidy | | FW: Formal Complaint and Request | Update/ Seeking legal advice | Attorney-Client Privilege | Confidential communication between client representative and counsel for purpose of seeking legal advice | |
| June 29, 2026 | Email (1 email) | Brandon Abshier | Megan Manuel; Tony Hidy | APA Horvath | FW: Sodano v. WCBDD - Confer Letter III | Discovery responses | Attorney-Client Privilege | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation | |
| June 29, 2026 | Email (1 email) | APA Horvath | Megan Manuel; Tony Hidy | | Privilege Log | Discovery responses | Attorney-Client Privilege; Work Product | Counsel's confidential legal advice and mental impressions prepared in defense of ongoing litigation | |