Gmail

OhioParentPenalty <ohioparentpenalty@gmail.com>

## Fwd: Sodano v. WCBDD
1 message

**Michela** <michelahuth.esq@gmail.com>                                      Thu, Jul 9, 2026 at 11:59 AM
To: OhioParentPenalty <ohioparentpenalty@gmail.com>

Michela Huth, Esq.*                                          EXHIBIT F

Ph: (330) 440 4027
PO Box 17
Bolivar, OH 44612

*Licensed to practice state law in Ohio and New York.
Admitted in the following Federal Courts,
Sixth Circuit Court of Appeals
Third Circuit Court of Appeals
Southern District of New York
Eastern District of New York
Northern District of Ohio
Southern District of Ohio
Western District of Michigan

---------- Forwarded message ---------
From: **Brandon Abshier** <babshier@reminger.com>
Date: Thu, Jul 9, 2026, 11:57 AM
Subject: RE: Sodano v. WCBDD
To: Michela <michelahuth.esq@gmail.com>
Cc: Dog Lawyer <richard@thedoglawyer.com>, Michael J. Valentine <MValentine@reminger.com>, kathryn.horvath <kathryn.horvath@warrencountyohio.gov>

Defendants disagree with your characterization of this issue as an intentional alteration of evidence, fraudulent conduct, an ethics violation, or the basis for emergency relief.

The email I sent to you on December 29, 2025 was not a discovery production, was not served as a Rule 26 disclosure, and was not a certified production of every email in the chain. It was provided, prior to WCBDD even filing an answer, following discussions during our December 26, 2025 telephone call to try to resolve the administrative issues occurring at that time surrounding the ISP and provider search. During that call I advised you that my clients had asked DODD what should occur if a provider search was not conducted. You asked me to provide the email reflecting that guidance. I did so.

The December 29 email contained the relevant December 2, 2025 statement from Mr. Showalter that I referenced during the call: "The board should not authorize the parent as the provider unless a new provider search is completed, assuming we have the parent's refusal to participate in the annual provider search or accept the results in writing." That was the statement I referenced during our call, and that was the purpose for providing the email to you to resolve the administrative issues as to why a provider search had to occur.

I sent you the version that had been provided to me. Based on my present understanding, Ms. Manuel provided that version to me well before our December 26 call because it contained the portion of the DODD communication relevant to the issue we were discussing. The version was provided to me before you requested it. I did not alter the email chain, delete language from it, or direct anyone else to do so.

Case: 1:25-cv-00910-JPH-SKB Doc #: 33-6 Filed: 07/13/26 Page: 2 of 15 PAGEID #: 550

Defendants produced the complete email chain in discovery at WCBDD00341 through WCBDD00345. That production is exactly what Defendants were required to do in discovery. The relevant original emails are being preserved. Further, the native copy of the email string is attached to this email which shows WCBDD00341 through WCBDD00345 was accurately produced in its entirety in discovery.

Nor do the additional portions of the email chain have the significance you assign to them. The complete chain contains the December 2 DODD email that was provided to you in December 2025. The earlier October 8 email stating that DODD "recommend[ed]" the Board follow DODD guidance does not negate Mr. Showalter's later and more specific December 2 response regarding what should occur if the parents refused to participate in the annual provider search or accept the results. Likewise, the two sentences from Ms. Manuel's December 1 email concerning threatened litigation and involvement of the prosecutor's office do not establish concealment or prejudice. Plaintiffs obviously knew they had threatened litigation and when you received the email you had already filed a lawsuit. You also knew of the involvement of counsel/prosecutor's office . Plaintiffs even referenced the December 2 email in the First Amended Complaint and argued that it says "should" rather than "shall." Plaintiffs' position has always been that WCBDD cannot conduct a provider search.

The emails also confirm Defendants' position in this litigation. WCBDD did not create nor does it have a "parent replacement policy" or any policy related to the issues in your complaint. Your clients know that yet continue to state that WCBDD has a "parent replacement policy" in pleadings. This issue has been raised yet never corrected. WCBDD does not have a policy on these issues which is why it sough guidance from DODD. Ms. Manuel states "I don't feel we as the county bord have the answer to that question." WCBDD sought guidance from DODD, the regulatory body that oversees, audits, and provides guidance to county boards. This is exactly what a government agency should do. Plaintiffs' disagreement is with DODD's policy. Yet, your clients claim WCBDD is acting punitively when it actively seeks guidance regarding how to handle your client's situation from the body that oversees it because "it does not have the answer."

Plaintiffs' threatened emergency motion is another attempt to create a controversy where none exists. There is no basis for a special master, forensic review of Defendants' production, sanctions, or any other extraordinary relief.

**Brandon Abshier, Esq.** - 614-232-2422 (direct)
Reminger Co., L.P.A.

---

**From:** Michela <michelahuth.esq@gmail.com>
**Sent:** Tuesday, July 7, 2026 3:52 PM
**To:** Brandon Abshier <babshier@reminger.com>
**Cc:** Dog Lawyer <richard@thedoglawyer.com>
**Subject:** Sodano v. WCBDD

Please see attached Correspondence with Exhibits.

--

Michela Huth, Esq.*

Ph: (330) 440 4027

PO Box 17

Bolivar, OH 44612


*Licensed to practice state law in Ohio and New York.

Admitted in the following Federal Courts,

Sixth Circuit Court of Appeals

Third Circuit Court of Appeals

Southern District of New York

Eastern District of New York

Northern District of Ohio

Southern District of Ohio

Western District of Michigan

**Office Move Notice**

Please be advised that the Reminger Columbus office has moved to its new location.

**New Address:**
955 Yard Street, Suite 330
Columbus, OH 43212


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware by **Mimecast Ltd**.


---------- Forwarded message ----------
From: "Allan.Showalter@dodd.ohio.gov" <Allan.Showalter@dodd.ohio.gov>
To: Megan Manuel <megan.manuel@warrencountydd.org>, "Lyndsay.Nash@dodd.ohio.gov" <Lyndsay.Nash@dodd.ohio.gov>
Cc: Tony Hidy <tony.hidy@warrencountydd.org>
Bcc:
Date: Tue, 2 Dec 2025 16:15:05 +0000
Subject: RE: Parent Replacement Search Objection

Hi Megan,


The board should not authorize the parent as the provider unless a new provider search is completed, assuming we have the parent's refusal to participate in the annual provider search or accept the results in writing. We should also ensure there is documentation showing that the individual or parents were aware of the requirement in OAC 5160-44-32(E)(1)(a) and that they know the county board is available to assist with finding providers if assistance is wanted.


If you have any further questions, please let me know.

Thanks,

Allan

---

**From:** Megan Manuel <megan.manuel@warrencountydd.org>
**Sent:** Monday, December 1, 2025 12:14 PM
**To:** Showalter, Allan <Allan.Showalter@dodd.ohio.gov>; Nash, Lyndsay <Lyndsay.Nash@dodd.ohio.gov>
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** RE: Parent Replacement Search Objection

Hello Allan and Lyndsay,

Sorry to reach out again, but I was wondering if you had any guidance on how we answer the question of what happens if the parent of a minor child who is currently providing paid services to their child refuses to go through the annual provider search process. Since sending this email to you, we have received notification from their attorney with threats of litigation. Our prosecutor's office is involved, and we will be discussing with the board tonight at our board meeting, so I would like to let them know where we are with that question.

I don't feel we as the county board have the answer to that question, since we are following the rule/DODD guidance.

I know you have so much on your plate, so I'm sorry to add to that. Any and all input you have for us is greatly appreciated!

Thank you,

Megan



**Megan K. Manuel**
Warren County Board of DD
Superintendent

(513) 228-6508 Work
(513) 932-1927 Fax
42 Kings Way
Lebanon, Ohio 45036
Megan.Manuel@warrencountydd.org
www.warrencountydd.org

Connect with us on Social Media

   

CONFIDENTIALITY NOTE: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any attachments is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

---

**From:** Megan Manuel
**Sent:** Friday, November 21, 2025 9:32 AM
**To:** Allan.Showalter@dodd.ohio.gov; Lyndsay.Nash@dodd.ohio.gov
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** RE: Parent Replacement Search Objection

Hi Allan and Lyndsay,

Thank you for your response on this. Unfortunately, I have another question for you.

What are the ramifications if someone refuses to go through the provider search process annually? We have communicated that we will follow DODD's guidance, but we have been asked what will happen if they refuse. Can you tell me what would happen? Will they no longer be able to be authorized to provide the service? Do we proceed without them?

As always, I appreciate your help.

Thank you,

Megan



Megan K. Manuel
Warren County Board of DD
Superintendent

(513) 228-6508 Work
(513) 932-1927 Fax
42 Kings Way
Lebanon, Ohio 45036
Megan.Manuel@warrencountydd.org
www.warrencountydd.org

Connect with us on Social Media

   

CONFIDENTIALITY NOTE: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any attachments is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

---

**From:** Allan.Showalter@dodd.ohio.gov <Allan.Showalter@dodd.ohio.gov>
**Sent:** Wednesday, October 8, 2025 1:15 PM
**To:** Megan Manuel <megan.manuel@warrencountydd.org>; Lyndsay.Nash@dodd.ohio.gov
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** RE: Parent Replacement Search Objection

Hi Megan,

Thank you for reaching out. We've discussed and recommend the board follow DODD's guidance in our updated FAQ's related to 5160-44-32. I don't think you need to engage with the threat of a lawsuit but just share that you will follow our published guidance and conduct the provider search annually to align with 42 CFR 441.301. If you have any concerns with this, I am happy to discuss.

Thanks,

Allan

---

**From:** Megan Manuel <megan.manuel@warrencountydd.org>
**Sent:** Wednesday, October 1, 2025 8:11 PM
**To:** Nash, Lyndsay <Lyndsay.Nash@dodd.ohio.gov>; Showalter, Allan <Allan.Showalter@dodd.ohio.gov>
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** FW: Parent Replacement Search Objection

Hi Lyndsay and Allan,

I believe Adam Herman discussed with this you, and he advised me to send you this email.  We have received the below email from Mrs. Sodano.

As you can see, she is firmly objecting to us doing a provider search, even at the one-year interval.  She has put us on notice that if we try to do a search, she is going to sue us.  Her reasons are listed in the email below.

We had not even notified her of us doing a search yet, as her daughter's span date starts in February.   She preemptively notified us of her position.

I wanted to get your input on this, as we would be following DODD's guidance in doing the search.

I appreciate your assistance on this.

Thank you,

Megan



**Megan K. Manuel**
Warren County Board of DD
Superintendent

(513) 228-6508 Work
(513) 932-1927 Fax
42 Kings Way
Lebanon, Ohio 45036
Megan.Manuel@warrencountydd.org
**www.warrencountydd.org**

Connect with us on Social Media

   

CONFIDENTIALITY NOTE: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any attachments is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

**From:** lindsey_sodano@yahoo.com <lindsey_sodano@yahoo.com>
**Sent:** Tuesday, September 23, 2025 10:34 AM
**To:** Laura Hathaway <laura.hathaway@warrencountydd.org>
**Cc:** lindsey_sodano@yahoo.com <lindsey_sodano@yahoo.com>
**Subject:** Parent Replacement Search Objection

Dear Laura,

I am writing to formally object to the annual provider search being imposed on my child Maeve Sodano, for the purpose of attempting to replace me as their direct care worker under the IO waiver.

In *Sodano v. DODD*, filed in the Supreme Court of Ohio, DODD admitted in its Motion to Dismiss that:

- "The FAQ does not use the words 'shall' or 'must'"
- The FAQ's replacement guidance is "aspirational rather than a mandatory obligation"
- "Adm. Code 5160-44-32(E) does not set a time frame for when a county board of developmental disabilities should reassess whether there are any willing and able providers."

Therefore, no law, rule, regulation, or administrative guidance mandates you to initiate a replacement provider search if I have already met the conditions to serve as my child's caregiver set forth in OAC 5160-44-32. My child and I do not consent to further attempts to replace me without legal basis. There is no expiration date on my direct care worker status under the rule.

If Warren County Board of DD insists that parent replacement searches are mandatory or continues with the process despite this objection, I will file a mandamus action in the Supreme Court of Ohio on behalf of my child, naming your board as respondent.

Other counties in Ohio have already abandoned this unlawful practice after receiving this same notice and reviewing DODD's admissions in *Sodano v. DODD*. I hope Warren County will choose to follow the law as written, rather than enforce DODD's "aspirational" and unlawful advice.

Please confirm in writing whether you will follow OAC 5160-44-32 or whether your board intends to proceed with an unlawful parent replacement search anyway.

Sincerely,
Lindsey Sodano

513-255-2535

On behalf of Maeve Sodano

Attached: Here is DODD's admission to the Supreme Court of Ohio that its FAQ document is not enforceable and creates no mandatory obligation for county boards. To view the source document for the screenshot below, go to the link and click on the motion filed on 01/23/2025: https://www.supremecourt.ohio.gov/Clerk/ecms/#/caseinfo/2024/1724

The words are advisory on their face. The FAQ does not use the words "shall" or

"must." Instead, it uses the word "expects" and gives a range of time – four to six months.

The word "expect" is usually aspirational. "The term 'expect' anticipates some possible

action sometime in the future, is not specific, and is, therefore, aspirational rather than a

mandatory obligation." *Lakeside Produce Distrib. v. Wirtz*, 2021-Ohio-505, ¶ 26 (8th Dist.),

citing *Pike-Delta-York Edn. Assn. v. Howell*, Fulton C.P. No. 20182, 1980 WL 102275 (Dec.

4, 1980). The use of a range of time supports that its guidance is aspirational rather than

mandatory.

Adm.Code 5160-44-32(E) does not set a time frame when a county board of

developmental disabilities should reassess whether there are any willing and able

providers. With or without the guidance from the FAQ, county boards are exercising their

**CAUTION:** This is an external email and may not be safe. If the email looks suspicious, please do not click links or open attachments and forward the email to csc@ohio.gov or click the Phish Alert Button if available.

---------- Forwarded message ----------
From: "Allan.Showalter@dodd.ohio.gov" <Allan.Showalter@dodd.ohio.gov>
To: Megan Manuel <megan.manuel@warrencountydd.org>, "Lyndsay.Nash@dodd.ohio.gov"
<Lyndsay.Nash@dodd.ohio.gov>
Cc: Tony Hidy <tony.hidy@warrencountydd.org>
Bcc:
Date: Tue, 2 Dec 2025 16:15:05 +0000
Subject: RE: Parent Replacement Search Objection

Hi Megan,

The board should not authorize the parent as the provider unless a new provider search is completed, assuming we have the parent's refusal to participate in the annual provider search or accept the results in writing. We should also ensure there is documentation showing that the individual or parents were aware of the requirement in OAC 5160-44-32(E)(1)(a) and that they know the county board is available to assist with finding providers if assistance is wanted.

If you have any further questions, please let me know.

Thanks,

Allan

Case: 1:25-cv-00910-JPH-SKB Doc #: 33-6 Filed: 07/13/26 Page: 10 of 15 PAGEID #: 558

**From:** Megan Manuel <megan.manuel@warrencountydd.org>
**Sent:** Monday, December 1, 2025 12:14 PM
**To:** Showalter, Allan <Allan.Showalter@dodd.ohio.gov>; Nash, Lyndsay <Lyndsay.Nash@dodd.ohio.gov>
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** RE: Parent Replacement Search Objection

Hello Allan and Lyndsay,

Sorry to reach out again, but I was wondering if you had any guidance on how we answer the question of what happens if the parent of a minor child who is currently providing paid services to their child refuses to go through the annual provider search process. Since sending this email to you, we have received notification from their attorney with threats of litigation. Our prosecutor's office is involved, and we will be discussing with the board tonight at our board meeting, so I would like to let them know where we are with that question.

I don't feel we as the county board have the answer to that question, since we are following the rule/DODD guidance.

I know you have so much on your plate, so I'm sorry to add to that. Any and all input you have for us is greatly appreciated!

Thank you,

Megan



**Megan K. Manuel**
Warren County Board of DD
Superintendent

(513) 228-6508 Work
(513) 932-1927 Fax
42 Kings Way
Lebanon, Ohio 45036
Megan.Manuel@warrencountydd.org
www.warrencountydd.org

Connect with us on Social Media

   

CONFIDENTIALITY NOTE: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any attachments is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

**From:** Megan Manuel
**Sent:** Friday, November 21, 2025 9:32 AM
**To:** Allan.Showalter@dodd.ohio.gov; Lyndsay.Nash@dodd.ohio.gov
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** RE: Parent Replacement Search Objection

Hi Allan and Lyndsay,

Thank you for your response on this. Unfortunately, I have another question for you.

What are the ramifications if someone refuses to go through the provider search process annually? We have communicated that we will follow DODD's guidance, but we have been asked what will happen if they refuse. Can you tell me what would happen? Will they no longer be able to be authorized to provide the service? Do we proceed without them?

As always, I appreciate your help.

Thank you,

Megan



**Megan K. Manuel**
Warren County Board of DD
Superintendent

(513) 228-6508 Work
(513) 932-1927 Fax
42 Kings Way
Lebanon, Ohio 45036
Megan.Manuel@warrencountydd.org
www.warrencountydd.org

Connect with us on Social Media

   

CONFIDENTIALITY NOTE: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any attachments is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

**From:** Allan.Showalter@dodd.ohio.gov <Allan.Showalter@dodd.ohio.gov>
**Sent:** Wednesday, October 8, 2025 1:15 PM
**To:** Megan Manuel <megan.manuel@warrencountydd.org>; Lyndsay.Nash@dodd.ohio.gov
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** RE: Parent Replacement Search Objection

Hi Megan,

Thank you for reaching out. We've discussed and recommend the board follow DODD's guidance in our updated FAQ's related to 5160-44-32. I don't think you need to engage with the threat of a lawsuit but just share that you will follow our published guidance and conduct the provider search annually to align with 42 CFR 441.301. If you have any concerns with this, I am happy to discuss.

Thanks,

Allan

---

**From:** Megan Manuel <megan.manuel@warrencountydd.org>
**Sent:** Wednesday, October 1, 2025 8:11 PM
**To:** Nash, Lyndsay <Lyndsay.Nash@dodd.ohio.gov>; Showalter, Allan <Allan.Showalter@dodd.ohio.gov>
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** FW: Parent Replacement Search Objection

Hi Lyndsay and Allan,

I believe Adam Herman discussed with this you, and he advised me to send you this email.  We have received the below email from Mrs. Sodano.

As you can see, she is firmly objecting to us doing a provider search, even at the one-year interval.  She has put us on notice that if we try to do a search, she is going to sue us.  Her reasons are listed in the email below.

We had not even notified her of us doing a search yet, as her daughter's span date starts in February.   She preemptively notified us of her position.

I wanted to get your input on this, as we would be following DODD's guidance in doing the search.

I appreciate your assistance on this.

Thank you,


Megan




**Megan K. Manuel**
Warren County Board of DD
Superintendent

(513) 228-6508 Work
(513) 932-1927 Fax
42 Kings Way
Lebanon, Ohio 45036
Megan.Manuel@warrencountydd.org
www.warrencountydd.org

Connect with us on Social Media

   


CONFIDENTIALITY NOTE: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any attachments is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.


**From:** lindsey_sodano@yahoo.com <lindsey_sodano@yahoo.com>
**Sent:** Tuesday, September 23, 2025 10:34 AM
**To:** Laura Hathaway <laura.hathaway@warrencountydd.org>
**Cc:** lindsey_sodano@yahoo.com <lindsey_sodano@yahoo.com>
**Subject:** Parent Replacement Search Objection


Dear Laura,

I am writing to formally object to the annual provider search being imposed on my child Maeve Sodano, for the purpose of attempting to replace me as their direct care worker under the IO waiver.


In *Sodano v. DODD*, filed in the Supreme Court of Ohio, DODD admitted in its Motion to Dismiss that:

- "The FAQ does not use the words 'shall' or 'must'"
- The FAQ's replacement guidance is "aspirational rather than a mandatory obligation"
- "Adm. Code 5160-44-32(E) does not set a time frame for when a county board of developmental disabilities should reassess whether there are any willing and able providers."

Therefore, no law, rule, regulation, or administrative guidance mandates you to initiate a replacement provider search if I have already met the conditions to serve as my child's caregiver set forth in OAC 5160-44-32. My child and I do not consent to further attempts to replace me without legal basis. There is no expiration date on my direct care worker status under the rule.

If Warren County Board of DD insists that parent replacement searches are mandatory or continues with the process despite this objection, I will file a mandamus action in the Supreme Court of Ohio on behalf of my child, naming your board as respondent.

Other counties in Ohio have already abandoned this unlawful practice after receiving this same notice and reviewing DODD's admissions in *Sodano v. DODD*. I hope Warren County will choose to follow the law as written, rather than enforce DODD's "aspirational" and unlawful advice.

Please confirm in writing whether you will follow OAC 5160-44-32 or whether your board intends to proceed with an unlawful parent replacement search anyway.

Sincerely,
Lindsey Sodano

513-255-2535

On behalf of Maeve Sodano

Attached: Here is DODD's admission to the Supreme Court of Ohio that its FAQ document is not enforceable and creates no mandatory obligation for county boards. To view the source document for the screenshot below, go to the link and click on the motion filed on 01/23/2025: https://www.supremecourt.ohio.gov/Clerk/ecms/#/caseinfo/2024/1724

The words are advisory on their face. The FAQ does not use the words "shall" or "must." Instead, it uses the word "expects" and gives a range of time – four to six months. The word "expect" is usually aspirational. "The term 'expect' anticipates some possible action sometime in the future, is not specific, and is, therefore, aspirational rather than a mandatory obligation." *Lakeside Produce Distrib. v. Wirtz*, 2021-Ohio-505, ¶ 26 (8th Dist.), citing *Pike-Delta-York Edn. Assn. v. Howell*, Fulton C.P. No. 20182, 1980 WL 102275 (Dec. 4, 1980). The use of a range of time supports that its guidance is aspirational rather than mandatory.

Adm.Code 5160-44-32(E) does not set a time frame when a county board of developmental disabilities should reassess whether there are any willing and able providers. With or without the guidance from the FAQ, county boards are exercising their

**CAUTION:** This is an external email and may not be safe. If the email looks suspicious, please do not click links or open attachments and forward the email to csc@ohio.gov or click the Phish Alert Button if available.

**7 attachments**



**image001.png**
18K


**image002.png**
1K


**image003.png**
1K


**image004.png**
1K


**image005.png**
2K

**image006.png**
139K

**RE: Parent Replacement Search Objection.eml**
273K