# DAVID P. FORNSHELL
## PROSECUTING ATTORNEY



EXHIBIT G

December 2, 2025

Richard B. Rosenthal, Esq.
545 E. Jerico Turnpike
Huntington Station, New York 11746
*Via email to:*   rbrosenthalseq@optonline.net
                 richard@thedoglawyer.com

Re:     Sodano

Dear Richard,

In your letter dated November 24, 2025, you expressed concern on behalf of Lindsey and Justin Sodano that the Warren County Board of Developmental Disabilities (the "Board") is not legally authorized to review provider options for their minor child, M.S.  The Board has authorized me to inform you that it has no intention of veering from its practice of conducting and documenting a periodic search for a willing and able provider for M.S., as the review is in line with both federal law governing person-centered service planning and with Ohio law governing Medicaid accountability.

Section 5160-44-32(C) of the Ohio Administrative Code prohibits parents of minor children from billing for Medicaid reimbursable waiver services provided to their minor children.  Limited exceptions exist under OAC 5160-44-32(E) where there is no other willing and able provider or direct care worker available to provide HCBS waiver services to the individual and where the DODD or ODM has determined the health and safety needs of the individual can be ensured.  The Board follows guidance issued by the DODD, which aligns with federal annual planning requirements set forth in 42 C.F.R. 441.301, and with general accountability principals in local administration of Medicaid dollars.  That guidance directs the Board to annually review provider availability in cases where the above exception has been allowed.

If your client refuses the annual review, the Board is not permitted to authorize Mr. and Mrs. Sodano to continue to bill for Medicaid dollars as parent providers.

Sincerely,

/s/ Kathryn M. Horvath
Kathryn M. Horvath
Assistant Prosecuting Attorney