# EXHIBT H

**Megan Manuel**

---

| | |
|---|---|
| **From:** | Allan.Showalter@dodd.ohio.gov |
| **Sent:** | Tuesday, December 2, 2025 11:15 AM |
| **To:** | Megan Manuel; Lyndsay.Nash@dodd.ohio.gov |
| **Cc:** | Tony Hidy |
| **Subject:** | RE: Parent Replacement Search Objection |

Hi Megan,

The board should not authorize the parent as the provider unless a new provider search is completed, assuming we have the parent's refusal to participate in the annual provider search or accept the results in writing. We should also ensure there is documentation showing that the individual or parents were aware of the requirement in OAC 5160-44-32(E)(1)(a) and that they know the county board is available to assist with finding providers if assistance is wanted.

If you have any further questions, please let me know.

Thanks,

Allan

**From:** Megan Manuel <megan.manuel@warrencountydd.org>
**Sent:** Monday, December 1, 2025 12:14 PM
**To:** Showalter, Allan <Allan.Showalter@dodd.ohio.gov>; Nash, Lyndsay <Lyndsay.Nash@dodd.ohio.gov>
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** RE: Parent Replacement Search Objection

Hello Allan and Lyndsay,

Sorry to reach out again, but I was wondering if you had any guidance on how we answer the question of what happens if the parent of a minor child who is currently providing paid services to their child refuses to go through the annual provider search process. Since sending this email to you, we have received notification from their attorney with threats of litigation. Our prosecutor's office is involved, and we will be discussing with the board tonight at our board meeting, so I would like to let them know where we are with that question.

I don't feel we as the county board have the answer to that question, since we are following the rule/DODD guidance.

I know you have so much on your plate, so I'm sorry to add to that. Any and all input you have for us is greatly appreciated!

Thank you,

Megan

Yellow highlighted text above was removed and text under it was moved up in altered email.

1

WCBDD00341

**Megan K. Manuel**
Warren County Board of DD
Superintendent



(513) 228-6508 Work
(513) 932-1927 Fax
42 Kings Way
Lebanon, Ohio  45036
Megan.Manuel@warrencountydd.org
www.warrencountydd.org

Connect with us on Social Media

   

CONFIDENTIALITY NOTE: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any attachments is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

**From:** Megan Manuel
**Sent:** Friday, November 21, 2025 9:32 AM
**To:** Allan.Showalter@dodd.ohio.gov; Lyndsay.Nash@dodd.ohio.gov
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** RE: Parent Replacement Search Objection

Hi Allan and Lyndsay,

Thank you for your response on this.  Unfortunately, I have another question for you.

Yellow highlighted text was removed and lower text was moved up in altered email.



What are the ramifications if someone refuses to go through the provider search process annually?  We have communicated that we will follow DODD's guidance, but we have been asked what will happen if they refuse.  Can you tell me what would happen?  Will they no longer be able to be authorized to provide the service?  Do we proceed without them?

As always, I appreciate your help.

Thank you,

Megan

2

WCBDD00342

**Megan K. Manuel**
Warren County Board of DD
Superintendent



(513) 228-6508 Work
(513) 932-1927 Fax
42 Kings Way
Lebanon, Ohio 45036
Megan.Manuel@warrencountydd.org
www.warrencountydd.org

Connect with us on Social Media



Note: All content under
the red line below was
removed from
the altered email.

CONFIDENTIALITY NOTE: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any attachments is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

---

**From:** Allan.Showalter@dodd.ohio.gov <Allan.Showalter@dodd.ohio.gov>
**Sent:** Wednesday, October 8, 2025 1:15 PM
**To:** Megan Manuel <megan.manuel@warrencountydd.org>; Lyndsay.Nash@dodd.ohio.gov
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** RE: Parent Replacement Search Objection

Hi Megan,

Thank you for reaching out. We've discussed and recommend the board follow DODD's guidance in our updated FAQ's related to 5160-44-32. I don't think you need to engage with the threat of a lawsuit but just share that you will follow our published guidance and conduct the provider search annually to align with 42 CFR 441.301. If you have any concerns with this, I am happy to discuss.

Thanks,

Allan

**From:** Megan Manuel <megan.manuel@warrencountydd.org>
**Sent:** Wednesday, October 1, 2025 8:11 PM
**To:** Nash, Lyndsay <Lyndsay.Nash@dodd.ohio.gov>; Showalter, Allan <Allan.Showalter@dodd.ohio.gov>
**Cc:** Tony Hidy <tony.hidy@warrencountydd.org>
**Subject:** FW: Parent Replacement Search Objection

Hi Lyndsay and Allan,

I believe Adam Herman discussed with this you, and he advised me to send you this email. We have received the below email from Mrs. Sodano.

3

WCBDD00343

As you can see, she is firmly objecting to us doing a provider search, even at the one-year interval. She has put us on notice that if we try to do a search, she is going to sue us. Her reasons are listed in the email below.

We had not even notified her of us doing a search yet, as her daughter's span date starts in February. She preemptively notified us of her position.

I wanted to get your input on this, as we would be following DODD's guidance in doing the search.

I appreciate your assistance on this.

Thank you,

Megan



**Megan K. Manuel**
Warren County Board of DD
Superintendent

(513) 228-6508 Work
(513) 932-1927 Fax
42 Kings Way
Lebanon, Ohio 45036
Megan.Manuel@warrencountydd.org
www.warrencountydd.org

Connect with us on Social Media

   

CONFIDENTIALITY NOTE: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any attachments is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

**From:** lindsey_sodano@yahoo.com <lindsey_sodano@yahoo.com>
**Sent:** Tuesday, September 23, 2025 10:34 AM
**To:** Laura Hathaway <laura.hathaway@warrencountydd.org>
**Cc:** lindsey_sodano@yahoo.com <lindsey_sodano@yahoo.com>
**Subject:** Parent Replacement Search Objection

Dear Laura,
I am writing to formally object to the annual provider search being imposed on my child M███ S█████, for the purpose of attempting to replace me as their direct care worker under the IO waiver.

In *Sodano v. DODD*, filed in the Supreme Court of Ohio, DODD admitted in its Motion to Dismiss that:
- "The FAQ does not use the words 'shall' or 'must'"
- The FAQ's replacement guidance is "aspirational rather than a mandatory obligation"

4

WCBDD00344

- "Adm. Code 5160-44-32(E) does not set a time frame for when a county board of developmental disabilities should reassess whether there are any willing and able providers."

Therefore, no law, rule, regulation, or administrative guidance mandates you to initiate a replacement provider search if I have already met the conditions to serve as my child's caregiver set forth in OAC 5160-44-32. My child and I do not consent to further attempts to replace me without legal basis. There is no expiration date on my direct care worker status under the rule.

If Warren County Board of DD insists that parent replacement searches are mandatory or continues with the process despite this objection, I will file a mandamus action in the Supreme Court of Ohio on behalf of my child, naming your board as respondent.

Other counties in Ohio have already abandoned this unlawful practice after receiving this same notice and reviewing DODD's admissions in *Sodano v. DODD*. I hope Warren County will choose to follow the law as written, rather than enforce DODD's "aspirational" and unlawful advice.

Please confirm in writing whether you will follow OAC 5160-44-32 or whether your board intends to proceed with an unlawful parent replacement search anyway.
Sincerely,
Lindsey Sodano
513-255-2535
On behalf of M█████ S██████

Attached: Here is DODD's admission to the Supreme Court of Ohio that its FAQ document is not enforceable and creates no mandatory obligation for county boards. To view the source document for the screenshot below, go to the link and click on the motion filed on 01/23/2025:
https://www.supremecourt.ohio.gov/Clerk/ecms/#/caseinfo/2024/1724

The words are advisory on their face. The FAQ does not use the words "shall" or "must." Instead, it uses the word "expects" and gives a range of time – four to six months. The word "expect" is usually aspirational. "The term 'expect' anticipates some possible action sometime in the future, is not specific, and is, therefore, aspirational rather than a mandatory obligation." *Lakeside Produce Distrib. v. Wirtz*, 2021-Ohio-505, ¶ 26 (8th Dist.), citing *Pike-Delta-York Edn. Assn. v. Howell*, Fulton C.P. No. 20182, 1980 WL 102275 (Dec. 4, 1980). The use of a range of time supports that its guidance is aspirational rather than mandatory.

Adm.Code 5160-44-32(E) does not set a time frame when a county board of developmental disabilities should reassess whether there are any willing and able providers. With or without the guidance from the FAQ, county boards are exercising their

WCBDD00345