## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| M.S., et al.<br><br>        Plaintiffs,<br><br>vs.<br><br>WARREN COUNTY BOARD OF<br>DEVELOPMENTAL DISABILITIES, et al.<br><br>        Defendants. | CASE NO. 1:25-cv-00910<br><br><br>JUDGE JEFFREY P. HOPKINS<br><br>MAGISTRATE JUDGE STEPHANIE<br>BOWMAN |

### PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON THEIR MOTION TO DISQUALIFY KATHRYN HORVATH (ECF NO. 18)

Now come Plaintiffs M.S., Lindsey Sodano, and Justin Sodano, by and through counsel, and respectfully move this Court under S.D. Ohio Civ. R. 7.2(a)(2) and 7.2(d) for leave to supplement the record on their pending Motion to Disqualify Kathryn Horvath as Counsel for Defendants (ECF No. 18) with Exhibit M, an email chain bearing the subject line "RE: Parent Replacement Search Objection."

Exhibit J to ECF No. 18 is an altered version of that same email chain. Plaintiffs received the complete email chain on June 29, 2026, after briefing on ECF No. 18 had closed. Plaintiffs do not withdraw Exhibit J and do not ask that it be substituted. Plaintiffs advance no new argument and seek no relief beyond that requested in ECF No. 18.

A Memorandum in Support is attached hereto pursuant to S.D. Ohio Civ. R. 7.2(a)(1) and incorporated herein.

Respectfully submitted,

/s/ Michela Huth
MICHELA HUTH
(Reg. No. 0091353)
257 Canal Street, SE

Bolivar, OH 44612
Ph: 330-440-4027
michelahuth.esq@gmail.com

/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL
*pro hac vice*
545 E. Jericho Turnpike
Huntington Station, NY 11746
(631) 629-8111 (telephone)
(631) 961-8789 (facsimile)
richard@thedoglawyer.com

## MEMORANDUM IN SUPPORT

On December 29, 2025, Defendants' attorney Abshier furnished Plaintiffs' counsel with an email chain involving Defendant Megan Manuel, Defendant Tony Hidy, and officials of the Ohio Department of Developmental Disabilities. Attorney Abshier assured Plaintiffs' counsel that "[t]he only thing redacted is their e-mail forwarding the e-mail string to me." Plaintiffs filed that document as Exhibit J to their Motion to Disqualify on April 1, 2026. (ECF No. 18-10).

The complete email chain, which Plaintiffs received on June 29, 2026, is attached hereto as Exhibit M. Defendant Manuel has admitted that before the document was transmitted to Attorney Abshier, she removed two sentences from the interior of her December 1, 2025 email, two sentences from the interior of her November 21, 2025 email, and three earlier emails from the bottom of the email chain.

Plaintiffs first identified the alterations on July 5, 2026, wrote to defense counsel on July 7, 2026, and raised the matter with the Court on July 12, 2026. The account of Defendant Manuel's document alterations is set out in Plaintiffs' Emergency Motion Regarding Altered Records and the related briefing. (ECF Nos. 33, 36). Plaintiffs do not restate that record here and do not ask the Court to resolve any question presented there.

Leave to supplement is warranted for good cause under S.D. Ohio Civ. R. 7.2(a)(2). Plaintiffs did not have the complete email chain when ECF No. 18 was briefed, and they raise it promptly upon its production. *See* S.D. Ohio Civ. R. 7.2(d) (requiring that available evidence be submitted with the primary memorandum and addressing evidence that "is not available to meet this schedule").

Plaintiffs do not seek substitution of Exhibit J. Exhibit J is the document Defendants furnished to Plaintiffs with the representation that nothing had been removed from it, and it is the subject of a separate pending motion. (ECF No. 33). Plaintiffs ask only that the complete email

chain be placed before the Court alongside it, so that the pending Motion to Disqualify is decided on the complete record. Plaintiffs advance no new argument and request no relief beyond that sought in ECF No. 18.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant leave to supplement the record on ECF No. 18 with Exhibit M.

Respectfully submitted,

/s/ Michela Huth
MICHELA HUTH
(Reg. No. 0091353)
257 Canal Street, SE
Bolivar, OH 44612
Ph: 330-440-4027
michelahuth.esq@gmail.com

/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL
*pro hac vice*
545 E. Jericho Turnpike
Huntington Station, NY 11746
(631) 629-8111 (telephone)
(631) 961-8789 (facsimile)
richard@thedoglawyer.com

**CERTIFICATION OF CONSULTATION PURSUANT TO S.D. OHIO CIV. R. 7.3**

Pursuant to S.D. Ohio Civ. R. 7.3(a) and 7.3(b), counsel for Plaintiffs certifies that, prior to filing this Motion, counsel contacted Defendants' counsel on August 4, 2026 by email regarding the relief sought herein and solicited Defendants' consent. Defendants have not responded as of this filing.

/s/ Michela Huth
MICHELA HUTH
(Reg. No. 0091353)

4

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, a true and correct copy of the foregoing was served on all counsel of record through the Court's CM/ECF system.

/s/ Michela Huth
MICHELA HUTH
(Reg. No. 0091353)