**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| M.S., et al. | CASE NO. 1:25-cv-00910 |
| Plaintiffs, | |
| vs. | JUDGE JEFFREY P. HOPKINS |
| WARREN COUNTY BOARD OF DEVELOPMENTAL DISABILITIES, et al. | MAGISTRATE JUDGE STEPHANIE BOWMAN |
| Defendants. | |

**DEFENDANT WARREN COUNTY BOARD OF DEVELOPMENTAL DISABILITIES'
RESPONSES TO PLAINTIFFS M.S., LINDSEY SODANO, AND JUSTIN SODANO'S
SECOND SET OF INTERROGATORIES, AND REQUESTS FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT WARREN COUNTY BOARD OF DEVELOPMENTAL
DISABILITIES**

**INTERROGATORIES**

13. Identify all statutory, regulatory, policy, consent, or other authority upon which Defendants relied in conducting the 2026 provider search that was concluded on or about February 4, 2026.

**ANSWER:**

**Objection. Defendant objects to the extent this request is asking legal questions of the Defendant and/or asking the Defendant to render a legal conclusion as to the application of any statutory or regulatory requirements. Subject to and without waiving this objection, WCBDD conducted the provider search pursuant to Ohio Administrative Code 5160-44-32(E), the DODD document entitled "Frequently Asked Questions: Ohio Administrative Code 5160-44-32," and DODD operational reporting requirements. In conducting the search, WCBDD also considered Plaintiffs' counsel's January 26 and January 27, 2026 correspondence regarding the provider search and utilized the summary of needs previously prepared by Lindsey Sodano during the prior provider search. WCBDD could not submit the request for exceptions approving the parents as paid direct care providers and the 40-hour exception without verifying to DODD that a provider search had been conducted.**

1

Ex. B

14. In a February 4, 2026 email, SSA Patrick Poteet notified Plaintiff Lindsey Sodano: "[A]s directed by superiors, I completed the provider search and reviewed [M.S.'s] needs with interested vendors."

Identify each person who directed SSA Poteet to "complete[ ] the provider search and review[ ] [M.S.'s] needs with interested vendors" on or after January 1, 2026.

**ANSWER:**

**Tony Hidy.**

15. In an email to Plaintiffs' counsel on January 26, 2026 at 1:27 p.m., Attorney Abshier stated: "Unless we hear some objection today, the County is going to move forward with the provider search tomorrow morning."

In an email to Attorneys Abshier and Valentine on January 27, 2026 at 10:04 a.m., Attorney Huth stated: "Our clients do not consent to the disclosure to third parties of their child's or their own personal, contact, or medical information."

Identify each specific action by any WCBDD employee, official, attorney, contractor, agent, or representative, taken in response to Plaintiffs' January 27, 2026 objection, including the date, actor, and conduct.

**ANSWER:**

**Tony Hidy met with Patrick Poteet and directed him that no personally identifiable information would be in the provider search and to utilize the summary of needs that Lindsey Sodano wrote for the previous provider search that was required for the extraordinary care process. WCBDD did not put anything in the provider search description that Ms. Sodano had not previously consented to providing.**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

35. In a January 27, 2026 email to Defendants' counsel, Plaintiff's counsel stated the following:

> We request that the County clearly document that any such search is conducted solely at the County's initiative and also document the standards used by the Board during the Board's search for temporary providers to replace M.S.'s longstanding providers -- her parents.

Produce all responsive documents related to this request to document.

**RESPONSE: The provider search records have already been produced. WCBDD is conducting an additional search for internal non-privileged email communications regarding the provider search and will supplement its production if additional responsive documents are identified.**

2

36. In a November 21, 2025 email from Defendant Superintendent Manuel to Allan Showalter, Lyndsay Nash, and Defendant SSA Director Tony Hidy, Defendant Manuel asked:

> What are the ramifications if someone refuses to go through the provider search process annually? … Do we proceed without them?

Produce all documents relating to any response Defendant Superintendent Manuel received from anyone in response to her question: "Do we proceed without them?"

**RESPONSE:  No response was received by Megan Manuel to the November 21, 2025 email.**

37. Produce all documents relating to whether Defendants: (a) could or should conduct the 2026 provider search for M.S.; (b) could or should disclose information regarding M.S. to prospective providers; and (c) could or should review M.S.'s needs with interested vendors.

**RESPONSE**: **Responsive documents include Ohio Administrative Code 5160-44-32, the DODD Frequently Asked Questions regarding Ohio Administrative Code 5160-44-32, Plaintiffs' counsel's January 26 and January 27, 2026 correspondence, and the summary of needs previously prepared by Lindsey Sodano. To the extent those documents are within WCBDD's possession and have not previously been produced, they will be produced.**

38. Produce all documents relating to the provider search SSA Poteet stated he completed on or about February 4, 2026, including but not limited to: advertisements, postings, provider requests, job descriptions, information regarding M.S. disclosed to prospective providers, responses from vendors or applicants, communications between WCBDD and any prospective provider, vendor, or applicant, and communications between any WCBDD employee, official, attorney, contractor, agent, or representative and any other person.

**Response: WCBDD has produced the provider search documents presently known to be responsive. WCBDD is conducting an additional search for internal non-privileged email communications regarding the provider search and will supplement its production if additional responsive documents are identified.**

39. Produce all documents relating to WCBDD's authority to publish a provider request on WCBDD's online portal without Plaintiffs' consent.

**RESPONSE**: **Responsive documents include Ohio Administrative Code 5160-44-32, the DODD Frequently Asked Questions regarding Ohio Administrative Code 5160-44-32, Plaintiffs' counsel's January 26 and January 27, 2026 correspondence, and the summary of needs previously prepared by Lindsey Sodano. To the extent those documents are within WCBDD's possession and have not previously been produced, they will be produced.**

3

40.     Produce all documents from January 1, 2026 to the present relating to any written notice provided to Plaintiffs of any appeal rights, hearing rights, grievance, review process, or other mechanism through which Plaintiffs could challenge WCBDD's decision to "complete[] a provider search and review[] [M.S.'s] needs with interested vendors."

**Response: None. There was no reduction, alteration, or change in services.**

41.     Produce all documents and electronically stored information that you reviewed, considered, or relied upon in preparing your responses to all the above Interrogatories.

**Response: WCBDD is conducting an additional search to see if there are any additional internal e-mails regarding the provider search. Will supplement.**


As to all objections:

/s/ Brandon Abshier
Brandon Abshier (0083505)


                                        /s/ Brandon Abshier_____
                                        Michael J Valentine, Esq. (0038806)
                                        Brandon L. Abshier, Esq. (0083505) (trial counsel)
                                        Reminger Co., L.P.A.
                                        955 Yard Street, Suite 330
                                        Columbus, Ohio 43212
                                        (614) 228-1311; FAX (614) 232-2410
                                        mvalentine@reminger.com
                                        babshier@reminger.com
                                        *Attorneys for Defendants Warren County Board of Developmental Disabilities, Megan Manuel, Tony Hidy, Sarah Lindeen, and Laura Hathaway*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 8, 2026, the foregoing was served via e-mail upon the following:

Michela Huth, Esq.
michelahuth.esq@gmail.com

Richard Bruce Rosenthal, Esq.
richard@thedoglawyer.com

*Attorneys for Plaintiffs*

/s/ Brandon L. Abshier
Michael J. Valentine, Esq. (0038806)
Brandon L. Abshier, Esq. (0083505)

5